# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147082 & (57)(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 147082
                                             COA: 308166

JERRY MARSHALL POYNTZ,
      Defendant-Appellant.
                                             Wayne CC: 11-006867-FC

_____/

     On order of the Court, the application for leave to appeal the March 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and the motion to suppress identification are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



s0826

                                        Clerk